**E-FILED on** ___3/19/08___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br> $12,510.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | No. C-05-01283 RMW<br><br>ORDER TO SHOW CAUSE |

On March 3, 2005, plaintiffs filed a complaint for forfeiture.  After finding that the above-captioned case was related to *United States v. Velasquez, et al.*, Case No. CR-04-20193-RMW, the case was related to the undersigned.  Since the time the case was related on August 2, 2005, there has been no further action.  Nearly three years have elapsed since any substantive action has taken place in this case, therefore,

IT IS HEREBY ORDERED that plaintiff file a written response by March 28, 2008 showing cause why this case should not be dismissed for failure to diligently prosecute.

ORDER TO SHOW CAUSE—No. C-05-01283 RMW
MAG

United States District Court
For the Northern District of California

1         If plaintiff fails to comply with this order or fail to show good reason for its failure to

2    diligently prosecute, the case will be dismissed.

3

4    DATED:         3/18/08

5                                        RONALD M. WHYTE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER TO SHOW CAUSE—No. C-05-01283 RMW
MAG                           2

**United States District Court**
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiff:**

3

Eumi L. Choi                    Eumi.Choi@usdoj.gov
Patricia Jean Kenney            patricia.kenney@usdoj.gov

4

**Counsel for Defendants:**

5

No appearance

6

7

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

10

**Dated:** _____3/19/08_____              _____/s/ MAG_____
11                                             **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE—No. C-05-01283 RMW
MAG                                    3