JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION  *E-FILED - 4/28/08*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>    v.<br><br>$12,510 IN UNITED STATES CURRENCY,<br><br>                Defendant. | No. 05-01283 RMW<br><br>STIPULATION AND ORDER TO WITHDRAW THE CLERK'S DEFAULT AND TO ENTER THE PARTIES' SETTLEMENT AGREEMENT |

The United States of America, through its undersigned counsel, and Abraham TABELLIJA through his counsel, ("the Parties") agree, subject to the Court's approval, as follows:

1.     This civil forfeiture action resulting in the seizure of defendant $12,510 arose out of the same operative facts as the criminal case, No. 04-20193, in which TABELLIJA was convicted of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846 on June 19, 2007. *See* Related Case Order, filed in No. CV 05-01283 and CR 04-20193, on August 2, 2004; Notice of Related Cases, filed in No. CV 05-01283 and CR 04-20193 on June 20, 2005. Because the Parties further agree that the disposition of defendant $12,510 is dictated by paragraph 9.h of the document filed under seal on June 6, 2007 in CR 04-20193, the Parties agree that it is necessary to file this Settlement Agreement.

2.     By signing this Settlement Agreement, the Parties agree that the United States has waived the time limit for filing of a claim and answer in this civil forfeiture action by Abraham TABELLIJA for the sole purposed of entering into this Settlement Agreement; that TABELLIJA has properly asserted a claim and answer to defendant $12,510; and that the default entered by the Clerk in this civil forfeiture action on or about March 26, 2008 be withdrawn.

3.     After the Court issued the Order to Show Cause in this case on March 19, 2007, and after the United States responded to the OSC and requested the Clerk to enter a default, TABELLIJA's counsel contacted the undersigned to inform her that, although TABELLIJA had not filed a claim or answer in this case, that TABELLIJA had agreed with the Assistant United States Attorney then assigned to the criminal case, Karen Beausey (who has since left the office) as to the disposition of defendant $12,510 in paragraph 9.h of the document filed under seal on June 6, 2007 in the criminal case, No. 04-20193. As a result, the undersigned obtained a file-stamped copy of the sealed document filed on June 6, 2007 in CR 04-20193, and the Parties now agree that paragraph 9.h of that dictates the disposition of defendant $12,510.

///

///

| | |
|---|---|
| 1 | 4.   Accordingly, based on the foregoing, the Parties agree that $6,255 of defendant |
| 2 | be, and hereby is, forfeited to the United States; that $6,255 of defendant be returned to |
| 3 | TABELLIJA; and that each party is to bear its or his own costs and attorneys' fees. |

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 31, 2008

PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

ROBERTS & ELLIOTT, LLP

Dated: March ___, 2008

_____
KIRK W. ELLIOTT
Attorney for Abraham Tabellija

UPON CONSIDERATION OF THE FOREGOING, IT IS ON __28__ DAY OF APRIL, 2008 THAT (1) THE DEFAULT OF THE CLERK BE, AND HEREBY IS, WITHDRAWN; (2) THAT $6,255 OF DEFENDANT BE AND HEREBY IS FORFEITED TO THE UNITED STATES; (3) THAT $6,255 OF DEFENDANT BE AND HEREBY IS TO BE RETURNED TO ABRAHAM TABELLIJA; AND (4) THAT THE UNITED STATES SUBMIT A PROPOSED JUDGMENT OF FORFEITURE AS TO THE $6,255 WHICH IS FORFEITED.

*Ronald M. Whyte*
HONORABLE RONALD W. WHYTE
United States District Judge

STIPULATED SETTLEMENT AGREEMENT
No. 05-01283 RMW                                3

4. Accordingly, based on the foregoing, the Parties agree that $6,255 of defendant be, and hereby is, forfeited to the United States; that $6,255 of defendant be returned to TABELLIJA; and that each party is to bear its or his own costs and attorneys' fees.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March ___, 2008

PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

ROBERTS & ELLIOTT, LLP

Dated: ~~March~~ ___, 2008
April 1, 2008

KIRK W. ELLIOTT
Attorney for Abraham Tabellija

UPON CONSIDERATION OF THE FOREGOING, IT IS ON _____ DAY OF APRIL, 2008 THAT (1) THE DEFAULT OF THE CLERK BE, AND HEREBY IS, WITHDRAWN; (2) THAT $6,255 OF DEFENDANT BE AND HEREBY IS FORFEITED TO THE UNITED STATES; (3) THAT $6,255 OF DEFENDANT BE AND HEREBY IS TO BE RETURNED TO ABRAHAM TABELLIJA; AND (4) THAT THE UNITED STATES SUBMIT A PROPOSED JUDGMENT OF FORFEITURE AS TO THE $6,255 WHICH IS FORFEITED.

HONORABLE RONALD W. WHITE
United States District Judge

STIPULATED SETTLEMENT AGREEMENT
No. 05-01283 RMW            3